# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY
13202 (315) 701-0080
(315) 701-0081 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

April 14, 2026

**BY CM/ECF**
Hon. Miroslav Lovric
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

**RE:    US v. Mendez, 5:26-MJ-36 (ML)**

Dear Judge Lovric:

Having spoken to my client and reviewed AUSA McCrobie's letter dated today, I hereby move this court to order an examination of my client pursuant to 18 U.S.C. § 4241(b).

Thank you.

Respectfully,

Brendan Rigby
Assistant Federal Public Defender